**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TITAN CONSORTIUM 1, LLC, | |
| Petitioner, | Case No. 21-cv-2250 (JMC) |
| v. | |
| ARGENTINE REPUBLIC, | |
| Respondent. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Respondent's motion to dismiss, ECF 12, is **DENIED**.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: August 19, 2024